1:25-cr-00725
Judge Edmond E. Chang
Magistrate Judge Jeffrey T. Gilbert
RANDOM/ CAT 7

**FILED** E.C
12/8/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 25 CR 725 |
| v. | Violation: Title 18, United States Code, Section 111(a)(1) and (b) |
| NATHALI RAMIREZ | |

The UNITED STATES ATTORNEY charges:

On or about November 8, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

NATHALI RAMIREZ,

defendant herein, forcibly interfered with persons designated in Title 18, United States Code, Section 1114, namely, United States Border Patrol Agents, employees of the United States, while they were engaged in and on account of the performance of their official duties, and in the commission of such acts used a dangerous weapon, namely, a vehicle;

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

CHRISTINE O'NEILL
Digitally signed by CHRISTINE O'NEILL
Date: 2025.12.05 16:10:15 -06'00'

Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY