**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,

v.  Case No.: 1:25−cr−00725
Honorable Edmond E. Chang

Nathali Ramirez
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 16, 2025:

MINUTE entry before the Honorable Edmond E. Chang as to Nathali Ramirez: Arraignment proceedings held. The Defendant is on bond and appeared with the assistance of counsel. The Defendant waived prosecution by indictment and agreed to proceed by way of information. Enter waiver of an indictment. For the arraignment, the Defendant acknowledged receipt of a copy of the Information and waived formal reading. The Defendant entered a plea of not guilty. The reported a referral that is has made a referral to Pretrial Services for a pretrial−diversion investigation and that the case is on a pretrial−diversion track at this time. No discovery schedule will be set for now by agreement of the parties. A tracking status hearing is set for 01/30/2026 at 8:30 a.m. to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 01/23/2026. Order setting conditions of release to remain. Without objection and under 18 U.S.C. 3161(h)(7)(A), (B), time is excluded under the Speedy Trial Act from 12/16/2025 through 01/30/2026. The Court finds that the ends of justice that are served by the continuance outweigh the public's and the Defendant's interests in a speedy trial, in the interest of justice and to allow time for the pretrial−diversion investigation. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.