UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHALI RAMIREZ | 25 CR 725<br>Judge Edmond E. Chang |

## **STATUS REPORT**

Defendant, **Nathali Ramirez,** by and through her attorneys, **Benesch, Friedlander, Coplan & Aronoff LLP**, pursuant to the Effective Assistance and Due Process Clauses of the Fifth and Sixth Amendment to the Constitution of the United States, respectfully submits the following status report.

1. On December 16, 2026, Defendant, Nathali Ramirez, was arraigned after consenting to the filing of an information. *See* Dkt. # 20.

2. The parties were initially engaged in negotiations towards a pretrial diversion agreement.

3. Ms. Ramirez has had a change of heart and wishes to proceed to trial.

4. A tracking status was previously scheduled for March 13, 2026. Dkt # 24. Given recent developments, counsel requests the Court set an in-person status hearing as soon as convenient for all parties for the purpose of setting a trial date and other appropriate pretrial deadlines.

5. Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, time has previously been excluded through March 13, 2026. Dkt. # 24.

6. Counsel has conferred with the government and can represent that, in light of recent developments, has no objection to holding the requested status hearing in order to set a trial date. If the Court is amenable to this request, the parties can contact the courtroom deputy in order to schedule a mutually convenient date.

    Respectfully submitted,

    /s/Ryan J. Levitt
    **Ryan J. Levitt,**
    Attorney for Defendant.

Ryan J. Levitt
**Benesch, Friedlander, Coplan, & Aronoff LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
312.212.4943
rlevitt@beneschlaw.com