# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:25−cr−00725 |
| | Honorable Edmond E. Chang |
| Nathali Ramirez | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2026:

MINUTE entry before the Honorable Edmond E. Chang as to Nathali Ramirez: As discussed in the joint status report, R. 25, the Defendant wishes to proceed to trial. At the Court's direction, the courtroom deputy emailed counsel for the parties to inquire about the anticipated length of the trial and proposed trial dates. After conferral between the courtroom deputy and counsel, jury trial is set for 05/11/2026 at 8:30 a.m. The parties estimated a trial of three to four trial days, including jury selection, jury addresses, and deliberations (the Court will set aside five days, and might set exam−hour limitations later). ****The parties shall IMMEDIATELY notify witnesses of the trial schedule (including expert witnesses, if any) and begin service efforts on subpoenas for attendance.**** The Joint Pretrial Statement, witness lists, exhibit charts, proposed jury instructions, proposed voir dire, and motions in limine are due 04/01/2026. See Judge Chang's website for the standing order on Criminal Pretrial & Trial Procedures for the details. Due to the conferral requirements, the parties MUST PROMPTLY turn their attention to these filings. Responses to motions in limine are due 04/08/2026. Replies are due 04/13/2026. At the request of defense counsel, pretrial conference set for 04/16/2026 at 1:00 p.m. Rule 702 disclosures under Rule 16 are due no later than 04/01/2026 (unless the parties have already agreed to an earlier deadline). ****The parties must file Rule 702 challenges before trial via the motion in limine briefing schedule, or otherwise shall be deemed to have waived challenges to admissibility (of course the Rule 702 opinions may be challenged at trial via cross−examination as to weight, but admissibility challenges that can be brought before trial must be the subject of a motion in limine).**** The Court will try to decide as many motions in limine in advance of the pretrial conference as possible. If the parties reengage in plea negotiations and reach an agreement in advance of the trial date, then counsel shall promptly notify Court. The tracking status hearing set for 03/13/2026 is reset to 03/27/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a written status report by 03/23/2026, reporting that they have begun working on the pretrial filings and reporting on any plea discussions. Under 18 U.S.C. 3161(h)(7)(A), (B), time is excluded under the Speedy Trial Act from 03/13/2026 through 05/11/2026. The Court finds that the ends of justice that are served by the continuance outweigh the public's and the Defendant's interests in a speedy trial, given the need for trial preparation. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.