**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: US v. Nathali Ramirez          Case Number: 25 CR 725

An appearance is hereby filed by the undersigned as attorney for:

Nathali Ramirez

Attorney name (type or print): Meghan Golden

Firm: Benesch Friedlander Coplan & Aronoff LLP

Street address: 71 South Wacker Drive, Suite 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6345789          Telephone Number: (312) 624-6378
(See item 3 in instructions)

Email Address: mgolden@beneschlaw.com

Are you acting as lead counsel in this case?          ☐ Yes   ☒ No

Are you a member of the court's general bar?          ☒ Yes   ☐ No

Are you a member of the court's trial bar?          ☐ Yes   ☒ No

Are you appearing *pro hac vice*?          ☐ Yes   ☒ No

If this case reaches trial, will you act as the trial attorney?          ☒ Yes   ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☒ CJA Panel Attorney
Associate working with Ryan Levitt

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  3/98/2026

Attorney signature:          S/ Meghan K. Golden
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023