**1:25-cr-00725-1**
**Judge Edmond E. Chang**
**Magistrate Judge Jeffrey T. Gilbert**
**DIRECT / Cat. 1**



**FILED**
3/25/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**GMC**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


**BC**

UNITED STATES OF AMERICA

v.

NATHALI RAMIREZ

|   |
|---|

25 CR 725

Violation: Title 18, United States Code, Section 111(a)(1)

**SUPERSEDING INFORMATION**

The UNITED STATES ATTORNEY charges:

On or about November 8, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

NATHALI RAMIREZ,

defendant herein, forcibly intimidated and interfered with a person designated in Title 18, United States Code, Section 1114, namely, a United States Border Patrol Agent, an employee of the United States, while he was engaged in and on account of the performance of his official duties;

In violation of Title 18, United States Code, Section 111(a)(1).


*/s/ Rick D. Young*
Signed by Rick Young on behalf of the
UNITED STATES ATTORNEY